MacGINNISS, Respondent, *v.* BOSTON & MONTANA CONSOLIDATED COPPER & SILVER MINING CO. et al., Appellants.

(No. 2,007.)

(Submitted November 23, 1903.   Decided February 1, 1904.)

For syllabus see *MacGinniss* v. *Boston & Montana Consol. C. & S. Mining Co. et al., ante,* page 428.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

Action by John MacGinniss against the Boston & Montana Consolidated Copper & Silver Mining Co. and others, impleaded with A. S. Bigelow and others. From an order granting a temporary injunction, defendants appeal. Reversed.

*Mr. A. J. Shores, Messrs. Forbis & Evans, Mr. W. W. Dixon, Mr. C. F. Kelley,* and *Mr. D. Gay Stivers,* for Appellants.

*Mr. John J. McHatton,* for Respondent.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

Appeal from an order granting a temporary injunction. This cause was submitted to the district court at the same time and upon the same facts as was the cause entitled *John MacGinniss* v. *B. & M. C. C. & S. M. Co. et al.,* this day decided, *ante,* p. 428. The question involved is, whether the plaintiff is entitled to an injunction *pendente lite* to restrain the defendant Boston & Montana Company, and its officers and directors from permitting the Amalgamated Company to vote the same shares of stock held by it in the Montana Company which are the basis of the other action, and also to restrain the payment of dividends upon said shares, etc. The Amalgamated Company is not a party. The decision in *MacGinniss* v. *B. & M. C. C. & S. M. Co., supra,* is determinative of this case, and for the reasons stated in the opinion therein, the order is reversed and the cause is remanded.

*Reversed and remanded.*

For syllabus see *MacGinniss* v. *Boston & Montana Consol. C. & S. Mining Co. et al., ante,* page 428.

